UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | CASE NO. _____<br><br>MAGISTRATE JUDGE VASCURA<br><br><u>UNDER SEAL</u> |

### ORDER TO SEAL

Upon motion of the United States of America and for good cause shown, it is **ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in the cases listed in Attachment A remain sealed, and the Clerk is instructed not to unseal the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A until July 31, 2020, or upon a motion by the United States and additional order by the Court.

Dated: \_\_1/31/2020_____

/s/Chelsey M. Vascura_____
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

2:17-MJ-277
2:17-MJ-299
2:17-MJ-303
2:17-MJ-337
2:17-MJ-358
2:17-MJ-388
2:17-MJ-479
2:17-MJ-506
2:17-MJ-533
2:17-MJ-538
2:17-MJ-559
2:17-MJ-608
2:17-MJ-609
2:17-MJ-626
2:17-MJ-675
2:18-MJ-001
2:18-MJ-072
2:18-MJ-073
2:18-MJ-082
2:18-MJ-112
2:18-MJ-113
2:18-MJ-114
2:18-MJ-130
2:18-MJ-131
2:18-MJ-132
2:18-MJ-160
2:18-MJ-164
2:18-MJ-216
2:18-MJ-262
2:18-MJ-263
2:18-MJ-280
2:18-MJ-281
2:18-MJ-289
2:18-MJ-327
2:18-MJ-374
2:18-MJ-375
2:18-MJ-383
2:18-MJ-431
2:18-MJ-538

2:18-MJ-539
2:18-MJ-557
2:18-MJ-576
2:18-MJ-631
2:18-MJ-745
2:18-MJ-746
2:18-MJ-748
2:18-MJ-837
2:18-MJ-838
2:18-MJ-860
2:18-MJ-879
2:18-MJ-880
2:19-MJ-002
2:19-MJ-003
2:19-MJ-017
2:19-MJ-018
2:19-MJ-076
2:19-MJ-131
2:19-MJ-132
2:19-MJ-133
2:19-MJ-205
2:19-MJ-206
2:19-MJ-781
2:19-MJ-848
2:19-MJ-835
2:19-MJ-861
2:19-MJ-931
2:19-MJ-925
2:19-MJ-938
2:20-MJ-041